AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Kenneth Lamar Sasser ) | Case No: 3:88-cr-215-J-12HTS |
| ) | USM No: 09001-018 |
| Date of Previous Judgment: September 11, 1989 ) | James H. Burke, Jr., Esq. |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  x  the defendant  ☐ the Director of the Bureau of Prisons    the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has

**IT IS ORDERED** that the motion is:
☐ DENIED.    X  GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  324 months*  months is reduced to  235 months or time served, whichever is greater* .

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 38 | Amended Offense Level: | 36 |
| Criminal History Category: | III | Criminal History Category: | III |
| Previous Guideline Range: | 292 to 365 months | Amended Guideline Range: | 235 to 293 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
x  The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the
   Other (explain):

Continued on page 2.

Kenneth Lamar Sasser
Case No. 88-cr-215-J-12HTS

Page 2 of 2

## III. ADDITIONAL COMMENTS

U.S.S.G. 1B1.10(b)(2)(C) states that "[i]n no event may the reduced term of imprisonment be less than the term of imprisonment the defendant has already served."

The parties in this case have stipulated that the Defendant is eligible for a sentence reduction and that his sentenced be reduced by up to 89 months to a term of 235 months or time served, whichever is greater. See Doc. 1928.

Pursuant to the request of the United States, the Court has delayed the effective date of this Order for ten (10) days to allow the Bureau of Prisons sufficient time to comply with various pre-release statutory requirements and to the extent possible, establish a release plan for the Defendant.

*The Defendant was sentenced to a term of imprisonment of 324 months on each of counts 1, 9, and 10, and to a term of imprisonment of 240 months on Count 8, all sentences to run concurrent. The reduction of sentence applies to all counts.

Except as provided above, all provisions of the judgment dated  9/11/89   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   October 28, 2008

*Howell W. Melton*
Judge's signature

Effective Date: November 7, 2008
(if different from order date)

Howell W. Melton, Senior U.S. District Judge
Printed name and title

Copies to:
Defendant Kenneth Lamar Sasser, FCI Miami
AUSA (Henry)
AFPD (Burke)
USPO (Parker Anderson)
Bureau of Prisons (via e-Designate system and U.S. mail)